Mark E. Ellis - 127159
Anthony P. J. Valenti - 284542
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
avalenti@ellislawgrp.com

Attorneys for DEFENDANT COMMUNITY ASSESSMENT RECOVERY SERVICES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>GOLD STRIKE HEIGHTS HOMEOWNERS ASSOCIATION,<br><br>    Debtor.<br><hr>INDIAN VILLAGE ESTATES, LLC, a California limited liability company,<br><br>    Appellant,<br><br>v.<br><br>GOLD STRIKE HEIGHTS ASSOCIATION, a California corporation; GOLD STRIKE HEIGHTS HOMEOWNERS ASSOCIATION, a California corporation; COMMUNITY ASSESSMENT RECOVERY SERVICES, business form unknown; and DOES 1 through 50, inclusive,<br><br>    Appellees. | District Court Case No. 2:18-cv-00973-JAM<br><br>Bankruptcy Court Case No. 15-90811-E-7<br><br>Case No.: AP No.: 15-09061<br><br>ORDER FOR EXTENSION FOR APPELLEES TO FILE OPENING BRIEF |

An Application and Attorney Affidavit for Extension for Appellee and a Stipulation for Extension for Appellees to file their Opening Briefs signed by the Attorneys for Appellant having been received and good cause shown:

///

///

IT IS HEREBY ORDERED that Appellees shall file their opening brief and excerpts of record on September 17, 2018.

Dated: August 8, 2018

/s/ John A. Mendez
JOHN A. MENDEZ
HONORABLE UNITED STATES DISTRICT
COURT JUDGE