Mark E. Ellis - 127159
Anthony P. J. Valenti - 284542
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
avalenti@ellislawgrp.com

Attorneys for DEFENDANT COMMUNITY ASSESSMENT RECOVERY SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>GOLD STRIKE HEIGHTS<br>HOMEOWNERS ASSOCIATION,<br><br>      Debtor.<br>———————————————————<br>INDIAN VILLAGE ESTATES, LLC, a<br>California limited liability company,<br><br>      Appellant,<br><br>v.<br><br>GOLD STRIKE HEIGHTS ASSOCIATION, a<br>California corporation; GOLD STRIKE<br>HEIGHTS HOMEOWNERS ASSOCIATION, a<br>California corporation; COMMUNITY<br>ASSESSMENT RECOVERY SERVICES,<br>business form unknown; and DOES 1 through 50,<br>inclusive,<br><br>      Appellees. | District Court Case No.<br>2:18-cv-00973-JAM<br><br>Bankruptcy Court Case No.<br>15-90811-E-7<br><br>Case No.: AP No.: 15-09061<br><br>ORDER EXTENDING TIME FOR APPELLEES<br>TO FILE OPENING BRIEFS |

An Application and Attorney Affidavit for Extension for Appellees and a Stipulation for

Extension for Appellees to file their Opening Briefs signed by the Attorneys for Appellant having been

received and good cause shown:

///

///

[PROPOSED] ORDER EXTENDING TIME FOR APPELLEES TO FILE OPENING BRIEFS

IT IS HEREBY ORDERED that Appellees shall file their opening briefs and excerpts of record by October 5, 2018.

Dated: September 17, 2018

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE