Mark E. Ellis - 127159
Anthony P. J. Valenti - 284542
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
avalenti@ellislawgrp.com

Attorneys for Appellee COMMUNITY ASSESSMENT RECOVERY SERVICES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>GOLD STRIKE HEIGHTS HOMEOWNERS ASSOCIATION,<br><br>    Debtor.<br>_____<br>INDIAN VILLAGE ESTATES, LLC, a California limited liability company,<br><br>    Appellant,<br><br>v.<br><br>GOLD STRIKE HEIGHTS ASSOCIATION, a California corporation; GOLD STRIKE HEIGHTS HOMEOWNERS ASSOCIATION, a California corporation; COMMUNITY ASSESSMENT RECOVERY SERVICES, business form unknown; and DOES 1 through 50, inclusive,<br><br>    Appellees. | District Court Case No.<br>2:18-cv-00973-JAM<br><br>Bankruptcy Court Case No.<br>15-90811-E-7<br><br>Case No.: AP No.: 15-09061<br><br>**ORDER EXTENDING TIME FOR APPELLEES TO FILE OPENING BRIEFS AND GRANTING APPELLANT LEAVE TO FILE AN AMENDED OPENING BRIEF AND AMENDED APPENDIX** |

An Application and Attorney Affidavit for Extension for Appellees and a Stipulation for Additional Extension for Appellees to file their Opening Briefs signed by the Attorneys for Appellant having been received and good cause shown:

///

///

- 1 -

IT IS HEREBY ORDERED that Appellees shall file their opening briefs and excerpts of record by December 10, 2018.

IT IS FURTHER ORDERED that Appellant Indian Village Estates, LLC may file an amended opening brief and an amended appendix in order to address certain pagination issues discussed by the parties.

Dated: November 7, 2018

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

- 2 -

[PROPOSED] ORDER EXTENDING TIME FOR APPELLEES TO FILE OPENING BRIEFS AND GRANTING APPELLANT LEAVE TO FILE AN AMENDED OPENING BRIEF AND AMENDED APPENDIX