Mark E. Ellis - 127159
Anthony P. J. Valenti - 284542
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA  95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
avalenti@ellislawgrp.com

Attorneys for Appellee COMMUNITY ASSESSMENT RECOVERY SERVICES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>GOLD STRIKE HEIGHTS HOMEOWNERS ASSOCIATION,<br><br>    Debtor.<br>_____<br>INDIAN VILLAGE ESTATES, LLC, a California limited liability company,<br><br>    Appellant,<br><br>v.<br><br>GOLD STRIKE HEIGHTS ASSOCIATION, a California corporation; GOLD STRIKE HEIGHTS HOMEOWNERS ASSOCIATION, a California corporation; COMMUNITY ASSESSMENT RECOVERY SERVICES, business form unknown; and DOES 1 through 50, inclusive,<br><br>    Appellees. | District Court Case No. 2:18-cv-00973-JAM<br><br>Bankruptcy Court Case No. 15-90811-E-7<br><br>Case No.: AP No.: 15-09061<br><br>**ORDER EXTENDING TIME FOR APPELLEE COMMUNITY ASSESSMENT RECOVERY SERVICES TO FILE ITS OPENING BRIEF FROM DECEMBER 10, 2018 TO DECEMBER 28, 2018** |

    Having reviewed and considered Appellee Community Assessment Recovery Services' Application and Attorney Affidavit for Extension of Time to file Appellee's Opening Brief, as well as the Stipulation by the Parties as to the requested extension, the Court finds good cause has been shown to grant the requested extension.

- 1 -

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that Appellee Community Assessment Recovery Services is to file and serve its Appellee Opening Brief and Excerpts of Record by no later than December 28, 2018. |
| 2 | |
| 3 | |
| 4 | Dated: December 11, 2018 |

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

- 2 -

**[PROPOSED] ORDER EXTENDING TIME FOR APPELLEE COMMUNITY ASSESSMENT RECOVERY SERVICES TO FILE ITS OPENING BRIEF FROM DECEMBER 10, 2018 TO DECEMBER 28, 2018**