| | |
|---|---|
| 1 | JAMES L. BRUNELLO, SBN #047522 |
| 2 | Attorney at Law<br>P.O. Box 4155 |
| 3 | El Dorado Hills, CA 95762<br>Phone: (916) 358-8585 |
| 4 | Fax: (916) 358-8588 |
| 5 | Attorney for Plaintiff |
| 6 | Indian Village Estates, LLC |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | District Court Case Number<br>No. 2:18-CV-00973-JAM |
| GOLD STRIKE HEIGHTS HOMEOWNERS ASSOCIATION, | Bankruptcy Court Case Number<br>No. 15-90811-E-7 |
| Debtor. | Adversary No.: 15-9061 |
| INDIAN VILLAGE ESTATES, LLC, a California limited liability company, | ORDER FOR EXTENSION FOR APPELLANT FO FILE FINAL BRIEF |
| Plaintiff, | |
| v. | |
| GOLD STRIKE HEIGHTS ASSOCIATION, a California corporation; GOLD STRIKE HEIGHTS HOMEOWNERS ASSOCIATION, a California corporation; COMMUNITY ASSESSMENT RECOVERY SERVICES, business form unknown; and DOES 1 through 50, inclusive, | |
| Defendants. | |

An Ex Parte Application and Attorney Affidavit for Extension for Appellant to File Final Brief and a Stipulation for Extension for Appellant to File Final Brief signed by the Attorneys for the Appellees having been received and good cause shown:

IT IS HEREBY ORDERED that Appellant shall file its final brief and excerpt of record on January 31, 2019.

Dated: 12-18-2018

HONORABLE UNITED STATES DISTRICT COURT JUDGE ~~JUSTICE~~
JOHN A. MENDEZ